# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JENNIFER AUGUST, | § | |
| | § | No. 388, 2019 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| JIE LIN and TOKYO | § | |
| STEAKHOUSE OF DELAWARE, | § | Case No. S19A-01-003 |
| INC., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: February 7, 2020
Decided: April 17, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 17th day of April 2020, having considered the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 20, 2019 decision.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice